UNITED STATES DISTRICT COURT

FILED08 OCT '26 1658USDC-ORP

DISTRICT OF OREGON

PORTLAND DIVISION

UNDER SEAL

UNITED STATES OF AMERICA

v.

OSCAR YANEZ,

Defendant.

3:26-cr-00423-AN

INDICTMENT

21 U.S.C. § 841(a)(1), (b)(1)(B)(vi);
21 U.S.C. § 841(a)(1), (b)(1)(B)(viii);
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(h)

Forfeiture Allegations

UNDER SEAL

THE GRAND JURY CHARGES:

**COUNT 1**
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(vi))**

On or between the date range of August 27, 2026 and September 14, 2026, within the District of Oregon, defendant **OSCAR YANEZ** did knowingly possess with intent to distribute 40 grams of more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, (fentanyl), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B(vi)).

///

///

**COUNT 2**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii))**

On or between the date range of August 27, 2026 and September 14, 2026, within the District of Oregon, defendant **OSCAR YANEZ** did knowingly possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

**COUNT 3**
**(Felon in Possession of Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about August 27, 2026, within the District of Oregon, defendant **OSCAR YANEZ**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Aggravated Identity Theft, in violation of Oregon Rev. Stat. § 165.803, on or about December 4, 2023, in the State of Oregon, Clackamas County Circuit Court, Case Number 23CR29882;

(2) Unlawful Use of Weapon - Firearm, in violation of Oregon Rev. Stat. § 166.220 on or about February 19, 2015, in the State of Oregon, Marion County Circuit Court, Case Number 14C44936

did knowingly and unlawfully possess an Emperor, model HD-12, 12-gauge caliber shotgun, which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

///

///

**COUNT 4**
**(Felon in Possession of Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about September 2, 2026, within the District of Oregon, defendant **OSCAR YANEZ**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Aggravated Identity Theft, in violation of Oregon Rev. Stat. § 165.803, on or about December 4, 2023, in the State of Oregon, Clackamas County Circuit Court, Case Number 23CR29882;

(2) Unlawful Use of Weapon - Firearm, in violation of Oregon Rev. Stat. § 166.220 on or about February 19, 2015, in the State of Oregon, Marion County Circuit Court, Case Number 14C44936

did knowingly and unlawfully possess a Savage, Model 110E, .243 caliber rifle, which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 5**
**(Felon in Possession of Firearm)**
**(18 U.S.C. § 922(g)(1))**

On or about September 14, 2026, within the District of Oregon, defendant **OSCAR YANEZ**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Aggravated Identity Theft, in violation of Oregon Rev. Stat. § 165.803, on or about December 4, 2023, in the State of Oregon, Clackamas County Circuit Court, Case Number 23CR29882;

(2) Unlawful Use of Weapon - Firearm, in violation of Oregon Rev. Stat. § 166.220 on or about February 19, 2015, in the State of Oregon, Marion County Circuit Court, Case Number 14C44936

did knowingly and unlawfully possess a Winchester, Model 270, .22 LR caliber rifle, which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

**COUNT 6**
**(Transfer of Firearms for Use in a Felony)**
**(18 U.S.C. § 924(h))**

On or about September 2, 2026, within the District of Oregon, the defendant **OSCAR YANEZ**, did transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Savage, Model 110E, .243 caliber rifle, knowing or having reasonable cause to believe that the firearm would be used to commit a crime under the Export Control Reform Act of 2018;

In violation of Title 18, United States Code, Section 924(h).

**COUNT 7**
**(Transfer of Firearms for Use in a Felony)**
**(18 U.S.C. § 924(h))**

On or about September 14, 2026, within the District of Oregon, the defendant **OSCAR YANEZ**, did transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Winchester, Model 270, .22 LR caliber rifle, knowing or having reasonable cause to believe that the firearm would be used to commit a crime under the Export Control Reform Act of 2018;

In violation of Title 18, United States Code, Section 924(h).

///

///

## FIRST FORFEITURE ALLEGATION

Upon conviction of the controlled substance offenses alleged in Counts 1 and 2 of this Indictment, defendant, OSCAR YANEZ, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

## SECOND FORFEITURE ALLEGATION

Upon conviction of the offenses in Counts 3 through 7, defendant, OSCAR YANEZ, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms involved in that offense, including without limitation:

(1) Emperor, model HD-12, 12 gauge caliber shotgun;

(2) Savage, Model 110E, .243 caliber rifle;

(3) Winchester, Model 270, .22 caliber rifle.

Dated: October 8, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

Travis Huddy

TRAVIS HUDDY, MNSB #0389421
Assistant United States Attorney

NICOLE M. HERMANN, OSB #126353
Assistant United States Attorney